**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1040

KENNETH KARL HENDERSON,

Plaintiff - Appellant,

v.

FAIRFAX-FALLS CHURCH COMMUNITY SERVICES BOARD; INOVA HEALTH SYSTEMS; FAIRFAX COUNTY GOVERNMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:18-cv-00825-CMH-MSN)

Submitted: May 31, 2019                          Decided: June 10, 2019

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Karl Henderson, Appellant Pro Se. Laurie Kirkland, BLANKINGSHIP & KEITH, PC, Fairfax, Virginia, for Appellee Inova Health Systems.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Henderson appeals the district court's order dismissing his amended complaint with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Henderson v. Fairfax-Falls Church Cmty. Servs. Bd.*, No. 1:18-cv-00825-CMH-MSN (E.D. Va. filed Nov. 15, 2018 & entered Nov. 16, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*